John P. Forest, II, VSB# 33089
Allred Bacon Halfhill & Young, P.C.
11350 Random Hills Rd., Suite 700
Fairfax, VA 22030
(703) 352-1300
*Proposed Counsel for the Debtor*

THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| _____ ) | |
| IN RE SHAWERMA EXPRESS, INC.        ) | |
| ) | Docket Number 16-10936 |
| Debtor                              ) | Chapter 11 |
| _____ ) | |

## LIST OF 20 LARGEST UNSECURED CREDITORS

The Creditors listed below are the 20 largest unsecured creditors of this Debtor:

City of Fairfax Treasurer's Office
Treasurer's Office
10455 Armstrong St.
Fairfax, VA 22030

Commonwealth of Virginia
Department of Taxation
Richmond, VA 23218

County of Fairfax
Dept. of Tax Administration
Box 10200
Fairfax, VA  22035-0200

Cox Communications
3080 Centreville Rd.
Chantilly, VA 20171

Dominion Virginia Power
Box 26543
Richmond, VA  23290-0001

Fairfax Water
PO Box 71076
Charlotte, NC 28272-1076

Faroud Murad
107 Star St.
Bethlehem, West Bank
Palestine

Hector Gomez
11280 James Swart Cir.
Fairfax, VA 22030

IRS
Box 145585
Stop 8420G
Cincinnati, OH 45250

Internal Revenue Service
2970 Market St.
Philadelphia, PA 19104

Rusbel Vera
11280 James Swart Cir.
Fairfax, VA 22030

Steven Gomez
11280 James Swart Cir.
Fairfax, VA 22030

US Foods
11994 Livingston Road
Manassas, VA 20109

Virginia Employment Commission
703 E. Main St.
Richmond, VA 23219

Washington Gas
P.O. Box 37747
Philadelphia, PA 19101-5047

Washington Lamb Inc.
7963 Conell Ct.
Lorton, Va 22079

WP Glimcher
180 E. Broad Str.
Columbus, OH 43215

*/s/ John P. Forest, II, VSB# 33089*
Allred Bacon Halfhill & Young, P.C.
11350 Random Hills Rd., Suite 700
Fairfax, VA 22030
Telephone:  (703) 352-1300
Facsimile: (703) 352-1301
Email: jforest@abhylaw.com
*Proposed Counsel for the Debtor*