# PRELIMINARY PROTECTIVE ORDER

Commonwealth of Virginia    VA. CODE § 19.2-152.9    Hearing Date and Time: .......... 03/15/2016  10:00 AM

FAIRFAX CO. GENERAL DISTRICT COURT - CIVIL

[x] General District Court    [ ] Circuit Court    [ ] Extension of Preliminary
[ ] Juvenile and Domestic Relations District Court    Protective Order

| PETITIONER | PETITIONER'S DATE OF BIRTH |
|---|---|
| KATTAN, JOHNI | 12/15/1978 |

LAST        FIRST        MIDDLE

And on behalf of minor family or household members:
(list each name and date of birth)

Other protected family or household members:
(list each name and date of birth)

**V.**

| RESPONDENT |
|---|
| MURAD, DAWOOD F |

LAST        FIRST        MIDDLE

12122 MONUMENT DR #114

RESPONDENT'S ADDRESS

FAIRFAX, VA 22033

**RESPONDENT IDENTIFIERS** (IF KNOWN)

| RACE | SEX | BORN | | | HT. | | WGT. | EYES | HAIR |
|---|---|---|---|---|---|---|---|---|---|
| | | MO. | DAY | YR. | FT. | IN. | | | |
| | M | | | | 5 | 08 | 260 | BR | BD |

SSN

DRIVER'S LICENSE NO.        STATE        EXP.

[ ] **CAUTION:  Weapon Involved**        Distinguishing features: ..........................................................

**THE COURT FINDS** that it has jurisdiction over the parties and subject matter, and that

1. [x] The Petitioner is, or has been, within a reasonable period of time, subjected to an act of violence, force or threat, **OR**
   [ ] A [ ] warrant [ ] petition has been issued charging the Respondent with a criminal offense resulting from the commission of an act of violence, force, or threat as defined in Va. Code § 19.2-152.7:1; and
2. In order to protect the health and safety of the Petitioner or any family or household member of the Petitioner, a preliminary protective order is warranted.

[x] *Ex Parte* Proceeding Only:  The petition has been supported by an affidavit or sworn testimony before the judge or intake officer, and either the Petitioner is in immediate and present danger of any act of violence, force, or threat or there is sufficient evidence to establish probable cause that an act of violence, force, or threat has recently occurred so as to justify an *ex parte* proceeding.

**THE COURT ORDERS** that:

[x] The Respondent shall not commit acts of violence, force, or threat or criminal offenses that may result in injury to person or property.

[x] The Respondent shall have no contact of any kind with the Petitioner
   [ ] except as follows: ...........................................................

[ ] The Respondent shall have no contact of any kind with the family or household members of the Petitioner named above
   [ ] except as follows: ...........................................................

[ ] The Petitioner is granted possession of the companion animal described as .................................................
                                                                                     NAME/TYPE

[ ] It is further ordered that

**It is further ORDERED** that a full hearing on the petition for a protective order be held at this Court
on .......... 03/29/2016 .......... at .......... 9:30 AM .......... and that notice of this hearing be given to the Respondent.

   [ ] It is ORDERED that the Preliminary Protective Order is extended
      [ ] as the Respondent failed to appear at the protective order hearing set for .......................................... because the Respondent was not personally served.
      [ ] upon motion of the Respondent and for good cause shown.

[ ] Supplemental Sheet to Protective Order, Form DC-653, attached and incorporated by reference. No. of supplemental sheets ..............

03/15/2016
DATE                                                                JUDGE

## SUMMONS FOR HEARING

TO ANY AUTHORIZED OFFICER:  Summon the Respondent as provided below:
TO THE RESPONDENT: You are commanded to appear before this Court on .......... 03/29/2016    9:30 AM ..........
                                                                              DATE AND TIME
at .......... FAIRFAX CO. GENERAL DISTRICT COURT CTRM 2H  4110 CHAIN BRIDGE ROAD, FAIRFAX, VA 22030 .......... for a hearing on this Petition.
                        NAME AND ADDRESS OF COURT

03/15/2016
DATE ISSUED                                        [ ] CLERK    [x] DEPUTY CLERK

FORM DC-384 (MASTER, PAGE ONE OF ____ ) 07/14

Case No. ......................... GV16003795-00 ..........................

**RETURNS:** Each person was served according to law, as indicated below, unless not found.

| RESPONDENT: |
| --- |
| NAME ............................................ |
| ............................................................ |
| ADDRESS ....................................... |
| ............................................................ |

[ ] PERSONAL SERVICE     TELEPHONE NUMBER ...............

[ ] NOT FOUND

_____
SERVING OFFICER
for _____

............................................................
DATE AND TIME

RESPONDENT'S DESCRIPTION (for VCIN entry):

RACE ............................. SEX ..............................

DOB: ................................................................

HGT ............................. WGT .............................

EYES ......................... HAIR .............................

SSN ....................................................................

Relationship to Petitioner/Plaintiff ...........................

Distinguishing features ..............................................

............................................................

| PETITIONER: (See form DC-621, NON-DISCLOSURE ADDENDUM) |
| --- |
| NAME ............................................ |
| ............................................................ |

[ ] PERSONAL SERVICE

[ ] NOT FOUND

_____
SERVING OFFICER
for _____

............................................................
DATE AND TIME

[ ] Copy delivered to

............................................................

by ........................................................
TITLE

............................................................
SIGNATURE

............................................................

## WARNINGS TO RESPONDENT:

Pursuant to Code of Virginia § 18.2-308.1:4, Respondent shall not purchase or transport any firearm while this order is in effect. **If Respondent has a concealed handgun permit, Respondent must immediately surrender that permit to the court issuing this order.** If Respondent violates the conditions of this order, Respondent may be sentenced to jail and/or ordered to pay a fine.

This order will be entered into the Virginia Criminal Information Network. Either party may at any time file a motion with the court requesting a hearing to dissolve or modify this order; however, this order remains in full force and effect unless and until dissolved or modified by the court. **Only the court can change this order.**

## DEFINITIONS:

"Act of violence, force, or threat" means any act involving violence, force, or threat that results in bodily injury or places one in reasonable apprehension of death, sexual assault, or bodily injury. Such act includes, but is not limited to, any forceful detention, stalking, criminal sexual assault in violation of Article 7 (§ 18.2-61 et. seq.) of Chapter 4 of Title 18.2, or any criminal offense that results in bodily injury or places one in reasonable apprehension of death, sexual assault, or bodily injury.

"Family or household member" means (i) the person's spouse, whether or not he or she resides in the same home with the person, (ii) the person's former spouse, whether or not he or she resides in the same home with the person, (iii) the person's parents, stepparents, children, stepchildren, brothers, sisters, half-brothers, half-sisters, grandparents and grandchildren regardless of whether such persons reside in the same home with the person, (iv) the person's mother-in-law, father-in-law, sons-in-law, daughters-in-law, brothers-in-law and sisters-in-law who reside in the same home with the person, or (v) any individual who has a child in common with the defendant, whether or not the person and that individual have been married or have resided together at any time, or (vi) any individual who cohabits or who, within the previous twelve (12) months, cohabited with the person, and any children of either of them residing in the same home with the person.

**PETITION FOR PROTECTIVE ORDER**
Commonwealth of Virginia   Va. Code §§ 19.2-152.9; 19.2-152.10

Case No. ..........................................................
Hearing Date and Time ..........................................

[ ] General District Court   [ ] Circuit Court
......................................................................   [ ] Juvenile and Domestic Relations District Court

---

**SUMMONS FOR HEARING**

TO ANY AUTHORIZED OFFICER: Summon the Respondent as provided below:
TO THE RESPONDENT: You are commanded to appear before this Court on ......................................................................

at ...................................................................... for a hearing on this Petition.

| DATE AND TIME |
| NAME AND ADDRESS OF COURT |

| DATE ISSUED | [ ] CLERK   [ ] DEPUTY CLERK |

---

_John Kattan_
PETITIONER

V.

_Dawood F Murad_
RESPONDENT

RESPONDENT'S ADDRESS/LOCATION
_12172 Monument Dr #114 Fairfax VA_

Telephone no. (H) _703.509.6041_ (W) ......................... _2903B_

TO THE PETITIONER: Please provide your information on form DC-621, NON-DISCLOSURE ADDENDUM.

RESPONDENT'S DESCRIPTION (IF KNOWN)

| RACE | SEX | BORN | | | HT. | | WGT. | EYES | HAIR |
|------|-----|------|---|---|-----|----|------|------|------|
|      | M   | MO. | DAY | YR. | FT. | IN. | _240_ | _Br_ | _BD_ |
|      |     |     |     |     | _5_ | _8_ |      |      |      |
| SSN  |     |     |     |     |     |     |      |      |      |

| DRIVER'S LICENSE NO. | STATE | EXP. |

The undersigned Petitioner respectfully represents to the court that:
1. A [x] warrant [ ] petition has been issued charging the Respondent with a criminal offense resulting from the commission of an act of violence, force, or threat; OR
2. The Respondent is committing or, within a reasonable time, has committed an act of violence, force, or threat, specifically: _Threatening to beat me up, business has been closed for 5 days due to I can't be around him, I'm scared._
   [ ] See accompanying affidavit.
3. [ ] Petitioner and Respondent cohabited, as intimate partners, more than 12 months ago but not within the previous 12 months.
PETITIONER, THEREFORE, RESPECTFULLY REQUESTS that a protective order be issued,
   [ ] with [ ] without a preliminary protective order being issued prior to the full hearing,
and that any order impose on the Respondent the following conditions
and such other conditions as the judge deems appropriate as allowed by law:
[x] Prohibiting acts of violence, force, or threat or criminal offenses that may result in injury to person or property.
[x] Prohibiting such other contact with the Petitioner as the judge deems necessary for the health and safety of the Petitioner.
[ ] Prohibiting such other contact with the Petitioner's family or household members named below, as the judge deems necessary for their health and safety. (Please provide on form DC-621, NON-DISCLOSURE ADDENDUM, the date of birth, gender, and race for each family or household member listed.)

.......................... NAMES OF FAMILY OR HOUSEHOLD MEMBERS ..........................

[ ] Granting the Petitioner possession of the companion animal described as ......................................................................
NAME/TYPE

[ ] Such other conditions as the judge may deem necessary to prevent acts of violence, force or threat, criminal offenses resulting in injury to person or property, or communication or other contact of any kind by the Respondent, namely:

_3|15|16_
DATE

_703-790-4900_
ATTORNEY'S ADDRESS AND TELEPHONE NUMBER

by _David Mahdavi_
PETITIONER'S ATTORNEY

(When attested, this Petition shall also be an affidavit of the facts as stated in the Petition.)  Sworn to and affirmed before me this

.............., day of .........................., 20 ..............

[ ] INTAKE OFFICER (JUVENILE ONLY)   [ ] CLERK
[ ] NOTARY PUBLIC   My commission expires: ..........................
Notary Registration No. ..........................

_3|15|16 @ 10:00am_
DATE AND TIME FILED

[ ] CLERK   [x] DEPUTY CLERK

TO THE PETITIONER: You are summoned to appear in this court on
_March 24, 2016 @ 9:30am_
DATE

[ ] CLERK   [ ] DEPUTY CLERK

FORM DC-383 (MASTER, PAGE ONE OF TWO) 10/14