**MAILING MATRIX**
**20 LARGEST UNSECURED CREDITORS**

| | |
|---|---|
| Christine Murad<br>12122 Monument Dr., Unit 114<br>Fairfax, VA 22033 | City of Fairfax Treas. Office<br>10455 Armstrong St.<br>Fairfax, VA 22030 |
| County of Fairfax<br>Dept. of Tax Administration<br>Box 10200<br>Fairfax, VA  22035-0200 | Faroud Murad<br>107 Star St.<br>Bethlehem, West Bank<br>Palestine |
| Cox Communications<br>3080 Centreville Rd.<br>Chantilly, VA 20171 | Dawoud Murad<br>12122 Monument Dr., Unit 114<br>Fairfax, VA 22033 |
| Dominion Virginia Power<br>Box 26543<br>Richmond, VA  23290-0001 | Fairfax Water<br>PO Box 71076<br>Charlotte, NC 28272-1076 |
| Johni Kattan<br>14018 Betsy Ross La.<br>Centreville, VA 20121 | Internal Revenue Service<br>2970 Market St.<br>Philadelphia, PA 19104 |
| Commonwealth of Virginia<br>Department of Taxation<br>Richmond, VA 23218 | Virginia Employment Commission<br>703 E. Main St.<br>Richmond, VA 23219 |
| US Foods<br>11994 Livingston Road<br>Manassas, VA 20109 | Washington Gas<br>P.O. Box 37747<br>Philadelphia, PA 19101-5047 |
| Washington Lamb Inc.:<br>7963 Conell Ct.<br>Lorton, Va 22079 | WP Glimcher<br>180 E. Broad Str.<br>Columbus, OH 43215 |
| IRS<br>Box 145585/Stop 8420G<br>Cincinnati, OH 45250 | Rusbel Vera<br>11280 James Swart Cir.<br>Fairfax, VA 22030 |
| Hector Gomez<br>11280 James Swart Cir.<br>Fairfax, VA 22030 | Steven Gomez<br>11280 James Swart Cir.<br>Fairfax, VA 22030 |