THE UNITED STATES BANKRUPTCY
COURT EASTERN DISTRICT OF
VIRGINIA
Alexandria
Division

|  |  |  |
|---|---|---|
| IN RE SHAWERMA EXPRESS, INC., | ) ) ) | Docket Number 16-10936 |
| Debtor | ) ) | Chapter 11 |

# ORDER[1]

Upon consideration of the Application for Rule to Show Cause [Docket Entry No. 11] (the "Application"); it appearing to the Court that: the notice of the Special Meeting of the Directors of Shawerma Express, Inc. was proper; the filing of the Petition for Relief [Docket Entry No. 1] was authorized; and the Petition for Relief was not improperly filed; it is, therefore,

ORDERED that the Application is granted as follows, Johni Kattan shall immediately and before 5:00 p.m. prevailing local time on March 29, 2016:

(1)  turn over possession of the premises leased by the Debtor.

(2)  turn over possession of the POS terminal; and

(3)  deposit any cash generated from the operations of Shawerma Express, Inc. [whether pre-petition or post-petition]; and any other funds or proceeds of the operations of Shawerma Express, Inc. [whether pre-petition or post-petition] into the Debtor-in-Possession account at TD Bank [Account No. XXX7976XXX].

Date: ___Apr 1 2016___        /s/ Brian F. Kenney_____
                              Brian F. Kenney
Alexandria, Virginia          United States Bankruptcy Judge

Entered on Docket: April 1, 2016

---

[1] This Order has been revised by the Court from the proposed Order submitted by counsel for the Debtor.

I Ask for This:

*/s/ John P. Forest, II*
John P. Forest, II, VSB# 33089
Allred Bacon Halfhill & Young, P.C.
11350 Random Hills Road, Suite 700
Fairfax, Virginia 22030
(703) 352-1300
*Proposed Counsel for the Debtor*

After Entry, Copies of this Order to:

John P. Forest, II, Esq.
Jack I. Frankel, Esq.
Gregory H. Counts, Esq.

## **CERTIFICATE PURSUANT TO LBR 9022-1(C)**

The undersigned, being a member of the Bar of this Court, certifies that on March 30, 2016, the above Order has been endorsed by and/or served upon all necessary parties.

*/s/ John P. Forest, II*
John P. Forest, II