UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

|  |  |
|---|---|
| IN RE SHAWERMA EXPRESS ) | |
| ) | Docket Number 16-10936-RGM |
| Debtor-in-Possession ) | Chapter 11 |
| ) | |

## STATEMENT

The undersigned reports that Johni Kattan made the two deposits and turned over the POS system.

Respectfully submitted by:

*/s/ John P. Forest, II*
John P. Forest, II, VSB# 33089
Allred Bacon Halfhill & Young, P.C.
11350 Random Hills Road, Suite 700
Fairfax, Virginia 22030
Telephone: (703) 352-1300
Facsimile: (703) 352-1301
Email: jforest@abhylaw.com
*Proposed Counsel for the Debtor*

## CERTIFICATE OF SERVICE

I hereby certify that on April 7, 2016, that a true copy of the foregoing STATEMENT was served either by ECF transmission or first class mail, postage prepaid, upon: (1) the Office of the U.S. Trustee, 115 S. Union St., 2nd Fl., Alexandria, VA 22314; and (2) all registered ECF users at their address of record.

*/s/ John P. Forest, II*
John P. Forest, II